

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

February 15, 1962

Mr. V. D. Housworth
Executive Secretary
State Board of Barber Examiners
Austin, Texas

Opinion No. WW- 1266

Dear Mr. Housworth:

Re:  Whether an Assistant Class
"B" barber is eligible for
a teacher's certificate.

You have requested an opinion from this office
upon the question of:

"In light of amendments made to Sec-
tion 9 of the Texas Barber Law, would an
Assistant Class 'B' barber be eligible for
a Teacher's certificate?"

Section 9(f) of Article 734a, Vernon's Penal
Code, as amended by House Bill 829, Acts of the 57th
Legislature, Regular Session, 1961, Chapter 287, page
601, sets forth the requirements which must be met for
an applicant to obtain a teacher's certificate from the
State Board of Barber Examiners.  One of such requirements
is set forth in Section 9(f)(2) of Article 734a and pro-
vides that the applicant must:

"Hold a current certificate as a
registered 'Class A' barber under this law."

We are therefore of the opinion that in view of
the express statutory requirements set forth in Section
9(f) of Article 734a, an Assistant Class "B" barber would
not be eligible for a teacher's certificate unless or un-
til such applicant holds a current certificate as a regis-
tered Class "A" barber pursuant to the provisions of Article
734a.

## S U M M A R Y

An Assistant Class "B" barber is
ineligible for the teaching certi-
cate issued pursuant to Section 9(f)

of Article 734a of Vernon's Penal
Code.

Yours very truly,

WILL WILSON
Attorney General of Texas

By   Pat Bailey
     Assistant

PB:kkc

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Riley Eugene Fletcher
Elmer McVey
L. P. Lollar
Bill Allen

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Houghton Brownlee, Jr.